# UNITED STATES DISTRICT COURT
### District of Minnesota

GLOBAL TRAFFIC TECHNOLOGIES, LLC

V.

EMTRAC SYSTEMS, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number: **10-4110 ADM/JJG**

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The issues have been tried and a decision has been rendered.  The jury awarded damages to Plaintiffs in the amount of $5,052,118.00.

September 24, 2013
Date

RICHARD D. SLETTEN, CLERK

s/ Gertie Simon
 (By)                Gertie Simon,  Deputy Clerk

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT