**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| GLOBAL TRAFFIC TECHNOLOGIES, LLC, )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>EMTRAC SYSTEMS, INC.,  )<br>KRISTOPHER MORGAN,  )<br>ANDREW MORGAN, RODNEY )<br>K. MORGAN, AND KM ENTERPRISES, )<br>INC.,  )<br>)<br>Defendants.  )<br>) | Civil No. 10-4110 (ADM/JJG)<br><br>**PLACEHOLDER FOR ITEM UNDER SEAL** |

_____

KM ENTERPRISES, INC.,           )
                                )
        Plaintiff,               )
                                )
v.                              )
                                )
GLOBAL TRAFFIC                  )
TECHNOLOGIES, LLC,              )
                                )
        Defendant,               )

_____

GLOBAL TRAFFIC                  )
TECHNOLOGIES, LLC,              )
                                )
        Plaintiff,               )
                                )
v.                              )
                                )
STC, INC.,                      )
                                )
        Defendant.               )

1

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

  X
_____ Other – Item under seal, court order is pending.