**EXHIBIT 2**

# Bereskin & Parr
INTELLECTUAL PROPERTY LAW

November 26, 2012

Donald M. Cameron
B.A.Sc. (Eng. Sci.), M.A.Sc. (Aerospace), LL.B.
416 957 1171   dcameron@bereskinparr.com

Our Reference:   L4444CA00

**Delivered**

Mr. Marc Lipton
Director
Global Traffic Technologies Canada Inc.
TD Canada Trust Tower
161 Bay Street, Suite 4240
P.O. Box 525
Toronto, Ontario  M5J 2S1

Dear Mr. Lipton:

**Re:   STC, Inc. et al. ats. Global Traffic Technologies LLC et al.
Court file No. T-736-11**

As you are aware, we are patent lawyers for Kris Morgan, the owner of Canadian Patent No. 1,338,356, for "Traffic Signal Preemption System" naming Kris Morgan and Brad Cross as inventors (the "Morgan/Cross Patent). A copy of this patent is enclosed for your reference.

Claim 21 of the Morgan/Cross Patent describes a traffic signal pre-emption system. The elements of claim 21 are set out in the table below:

| Parts of the claim | Claim language |
|---|---|
| The preamble | 21.   A traffic signal preemption system for enabling emergency vehicles to cause a traffic light controller at an intersection to preempt traffic signals at the intersection, said system comprising: |
| The transmitter | a vehicle information transmission system installed in at least one emergency vehicle and including directional transmission means actuatable by the vehicle's occupants for generating information identifying said emergency vehicle and for repeatedly transmitting said information as a vehicle identification signal in the direction of vehicular motion; |

Bereskin & Parr LLP
Scotia Plaza, 40 King Street West, 40th Floor, Toronto, Ontario, Canada  M5H 3Y2
Tel: 416.364.7311  Fax: 416.361.1398  www.bereskinparr.com
TORONTO  MISSISSAUGA  WATERLOO  MONTRÉAL

- 2 -

| Parts of the claim | Claim language |
|---|---|
| The receiver | a vehicle detection, identification, and preemption system connecting to at least one traffic light controller and including radio signal receiving means for receiving vehicle identification signals from one or more of said transmission systems, for extracting information identifying the emergency vehicle therefrom, and for determining, based upon pre-programmed preemption criteria including the identity of the vehicles, when and in favour of which direction and for how long to preempt an intersection; |
| The data at the receiver | wherein said vehicle detection, identification, and preemption system contains intersection entry direction information for each of said at least one emergency vehicles, which information is stored within each said vehicle detection, identification, and preemption system; |
| What's determined at the receiver | and wherein this intersection entry direction information enables said vehicle detection, identification, and preemption system to determine the direction from which a given vehicle is approaching the intersection. |

We understand that the GTT OPTICOM GPS system ("the GTT system") is a traffic signal preemption system for enabling emergency vehicles to cause a traffic light controller at an intersection to preempt traffic signals at the intersection.

We also understand that the GTT system is provided with a transmitter for emergency vehicles that is actuatable by the vehicle operator. The GTT system generates information identifying the emergency vehicle and repeatedly transmits this information as a vehicle identification signal in the direction of vehicular motion towards the oncoming intersection.

The GTT system also has a vehicle detection, identification, and preemption system connected to traffic light controllers (the "intersection unit"). This intersection unit has a radio signal receiver for receiving vehicle identification signals from one or more of the transmission systems, for extracting information identifying the emergency vehicle therefrom. The intersection system also determines, based on pre-programmed preemption criteria, including the identity of the vehicles, when and in favour of which direction and for how long to preempt an intersection. The intersection system contains intersection entry direction information for each emergency vehicle, which information is stored within each intersection system. This intersection entry direction information enables the intersection system to determine the direction from which a given vehicle is approaching the intersection.

By offering for sale and selling such GTT systems and by inducing its customers to use these system, GTT has infringed, at least, claim 21 of the Morgan/Cross Patent.

- 3 -

Because of this infringement, my client demands that GTT immediately cease all marketing, sales and support of the GTT products and confirm the following:

1. That you will stop offering for sale and selling the GTT system and that you will not infringe these patent rights in the future; and

2. That you provide us with information as to the quantities and revenues of the products you have sold.

We look forward to hearing from you before December 14, 2012.

Yours truly,

BERESKIN & PARR LLP/S.E.N.C.R.L., s.r.l.

Donald M. Cameron
DMC/eds
Att.
c: M. Klee (by email)