# EXHIBIT 3

## GTT, LLC Transfer Pricing Analysis
## 2007 - 2013

**2007**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 22 | 84,526 | 59,168 | 22,163 | 25,358 | 37,005 |
| GPS Other | 5,538 | 14,493 | 10,145 | 7,402 | 4,348 | 2,743 |
| GPS Vehicles | - | 13,020 | 9,114 | 12,994 | 3,906 | (3,880) |
| Total | 5,560 | 112,039 | 78,427 | 42,560 | 33,612 | 35,868 |

*Note - data above is for January - December 2007, however, GTT LLC began operations in June, 2007*

**2008**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 61 | 235,673 | 164,638 | 34,637 | 71,035 | 130,002 |
| GPS Other | 9,194 | 34,952 | 26,054 | 19,681 | 8,898 | 6,374 |
| GPS Vehicles | 75 | 227,080 | 154,831 | 121,905 | 72,248 | 32,926 |
| Total | 9,330 | 497,705 | 345,524 | 176,223 | 152,181 | 169,301 |

**2009**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 205 | 731,953 | 489,650 | 203,852 | 242,303 | 285,798 |
| GPS Other | 34,802 | 85,148 | 61,638 | 63,411 | 23,510 | (1,773) |
| GPS Vehicles | 66 | 141,515 | 87,150 | 80,826 | 54,365 | 6,324 |
| Total | 35,073 | 958,616 | 638,438 | 348,088 | 320,179 | 290,349 |

**2010**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 33 | 80,166 | 105,619 | 31,731 | (25,453) | 73,888 |
| GPS Other | 6,810 | 25,785 | 37,008 | 14,599 | (11,223) | 22,408 |
| GPS Vehicles | 30 | 59,059 | 60,450 | 35,885 | (1,391) | 24,565 |
| Total | 6,873 | 165,009 | 203,077 | 82,214 | (38,067) | 120,862 |

**2011**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 53 | 200,367 | 192,687 | 49,349 | 7,680 | 143,338 |
| GPS Other | 12,923 | 32,905 | 30,539 | 19,996 | 2,366 | 10,543 |
| GPS Vehicles | 84 | 267,288 | 159,704 | 97,522 | 107,584 | 62,182 |
| Total | 13,060 | 500,560 | 382,929 | 166,867 | 117,631 | 216,063 |

**2012**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 151 | 527,225 | 430,275 | 133,825 | 96,950 | 296,449 |
| GPS Other | 38,474 | 27,100 | 26,540 | 24,098 | 560 | 2,442 |
| GPS Vehicles | 113 | 222,485 | 219,786 | 114,814 | 2,699 | 104,971 |
| Total | 38,738 | 776,809 | 676,600 | 272,738 | 100,209 | 403,862 |

**2013 YTD June**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 106 | 381,381 | 303,488 | 98,736 | 77,893 | 204,752 |
| GPS Other | 14,459 | 14,598 | 10,500 | 10,605 | 4,099 | (106) |
| GPS Vehicles | 203 | 409,516 | 333,190 | 183,286 | 76,326 | 149,904 |
| Total | 14,768 | 805,496 | 647,178 | 292,627 | 158,318 | 354,551 |

Allocation of "Other" Revenue & Gross Profit for Opticom™ GPS Product - US Only

| Sum of Amount | Column Labels | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2002 | 15,000 | | | | 15,000 |
| 2003 | 101,760 | | | | 101,760 |
| 2004 | 44,420 | | | | 44,420 |
| 2005 | 22,135 | 7,153 | | | 29,288 |
| 2006 | 190,961 | | | | 190,961 |
| 2007 | 337,422 | 540 | | 975 | 338,937 |
| 2008 | 199,109 | 8,505 | 12,098 | | 219,712 |
| 2009 | 218,476 | 6,465 | 13,950 | 1,565 | 240,455 |
| 2010 | 437,949 | 12,056 | 15,760 | 12,897 | 478,663 |
| 2011 | 201,621 | 7,950 | 6,760 | 40,915 | 257,246 |
| 2012 | 120,072 | 10,340 | 3,120 | | 133,532 |
| 2013 | 53,970 | 4,325 | | | 58,295 |
| **Grand Total** | **1,942,895** | **57,334** | **51,688** | **56,352** | **2,108,269** |

| Sum of GP | Column Labels | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2002 | 13,310 | | | | 13,310 |
| 2003 | 86,599 | | | | 86,599 |
| 2004 | 16,632 | | | | 16,632 |
| 2005 | 16,217 | 6,991 | | | 23,208 |
| 2006 | 76,333 | | | | 76,333 |
| 2007 | 161,924 | 349 | | 975 | 163,248 |
| 2008 | 82,944 | (4,230) | 11,894 | | 90,608 |
| 2009 | 95,038 | (27,217) | 13,744 | 1,565 | 83,130 |
| 2010 | 235,816 | (36,952) | 15,500 | 12,897 | 227,261 |
| 2011 | 49,581 | (62,056) | 6,645 | 40,915 | 35,085 |
| 2012 | 34,860 | (7,859) | 3,028 | | 30,029 |
| 2013 | 15,199 | (254) | | | 14,945 |
| **Grand Total** | **884,454** | **(131,228)** | **50,812** | **56,352** | **860,389** |

## Allocation of "Other" Revenue & Gross Profit for Opticom™ GPS Product - Canada Only

| GTT Canada Revenue | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 16,011 | (1,518) | | | 14,493 |
| 2008 | 21,199 | 10,801 | 2,952 | | 34,952 |
| 2009 | 85,066 | 82 | | | 85,148 |
| 2010 | 27,657 | 242 | (4,687) | 2,572 | 25,785 |
| 2011 | 16,947 | 12,892 | 1,978 | 1,088 | 32,905 |
| 2012 | 26,230 | 1,810 | (940) | | 27,100 |
| 2013 | 14,251 | 347 | | | 14,598 |
| **Grand Total** | **207,361** | **24,657** | **(698)** | **3,660** | **234,980** |

| GTT LLC Transfer Price Revnue | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 11,207 | (1,063) | | | 10,145 |
| 2008 | 15,768 | 7,786 | 2,500 | | 26,054 |
| 2009 | 61,588 | 50 | | | 61,638 |
| 2010 | 34,629 | 179 | 2,200 | - | 37,008 |
| 2011 | 19,814 | 6,875 | 3,850 | - | 30,539 |
| 2012 | 22,773 | 1,018 | 2,750 | | 26,540 |
| 2013 | 10,280 | 220 | | | 10,500 |
| **Grand Total** | **176,058** | **15,065** | **11,300** | **-** | **202,423** |

| GTT LLC Cost of Goods Sold | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 6,493 | 909 | | | 7,402 |
| 2008 | 14,557 | 5,061 | 63 | | 19,681 |
| 2009 | 60,002 | 3,409 | | | 63,411 |
| 2010 | 12,613 | 1,955 | 31 | - | 14,599 |
| 2011 | 12,963 | 6,947 | 85 | - | 19,996 |
| 2012 | 20,600 | 3,498 | - | | 24,098 |
| 2013 | 10,458 | 147 | | | 10,605 |
| **Grand Total** | **137,687** | **21,926** | **179** | **-** | **159,792** |

| GTT Canada Gross Profit | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 4,803 | (455) | | | 4,348 |
| 2008 | 5,431 | 3,015 | 452 | | 8,898 |
| 2009 | 23,478 | 32 | | | 23,510 |
| 2010 | (6,971) | 64 | (6,887) | 2,572 | (11,223) |
| 2011 | (2,867) | 6,017 | (1,872) | 1,088 | 2,366 |
| 2012 | 3,457 | 793 | (3,690) | | 560 |
| 2013 | 3,972 | 127 | | | 4,099 |
| **Grand Total** | **31,303** | **9,592** | **(11,998)** | **3,660** | **32,557** |

| GTT LLC Gross Profit | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 4,714 | (1,971) | | | 2,743 |
| 2008 | 1,211 | 2,725 | 2,438 | | 6,374 |
| 2009 | 1,586 | (3,359) | | | (1,773) |
| 2010 | 22,016 | (1,776) | 2,169 | - | 22,408 |
| 2011 | 6,850 | (72) | 3,765 | - | 10,543 |
| 2012 | 2,173 | (2,481) | 2,750 | | 2,442 |
| 2013 | (179) | 73 | | | (106) |
| **Grand Total** | **38,371** | **(6,861)** | **11,121** | **-** | **42,631** |

Confidential Outside Attorneys' Eyes Only

## Competitive Pricing Examples

UPDATED 8.24.2012

**Brookhaven, NY - Actual vs. Dealer List Price**

| Brookhaven vehicles | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 517 | 1,500 | 775,500 |
| Dealer List | 517 | 2,400 | 1,240,800 |
| Difference from Dealer List | | | 465,300 |

| Brookhaven intersections | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 490 | 1,722 | 843,961 |
| Dealer List | 490 | 4,657 | 2,282,123 |
| Difference from Dealer List | | | 1,438,162 |
| Total Difference from Dealer List | | | 1,903,462 |

**John's Creek, GA- Actual vs. Dealer List Price**

| Vehicles | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 8 | 1,200 | 9,600 |
| Dealer List | 8 | 2,400 | 19,200 |
| Difference from Dealer List | | | 9,600 |

| Intersections | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 10 | 2,475 | 24,750 |
| Dealer List | 10 | 4,680 | 46,800 |
| Difference from Dealer List | | | 22,050 |
| Total Difference from Dealer List | | | 31,650 |

**West Carrollton, OH- Actual vs. List Price**

| Vehicles | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 8 | 3,180 | 25,440 |
| List Price | 8 | 3,180 | 25,440 |
| Difference from List Price | | | - |

| Intersections | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 9 | 6,487 | 58,386 |
| List Price | 9 | 6,506 | 58,557 |
| Difference from List Price | | | 171 |

| Software & Installation Services | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 1 | 36,532 | 36,532 |
| List Price | 1 | 100,976 | 100,976 |
| Difference from List Price | | | 64,445 |
| Total Difference from List Price | | | 64,616 |

**Alameda County Transit, CA - Actual vs. Dealer List Price**

| Vehicles | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 40 | 2,375 | 95,000 |
| Dealer List | 40 | 2,400 | 96,000 |
| Difference from Dealer List | | | 1,000 |

| Intersections | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 32 | 2,375 | 76,000 |
| Dealer List | 32 | 4,690 | 150,074 |
| Difference from Dealer List | | | 74,074 |
| Total Difference from Dealer List | | | 75,074 |

Confidential – Outside Attorneys' Eyes Only

Case No. 10-cv-4110

P# 89

**Opticom GPS Product Income Statement**
**US Only**

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 YTD June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | |
| Intersections | 380,000 | 810,542 | 15,900 | 9,734 | 1,058,677 | 2,080,869 | 1,529,657 | 1,815,209 | 3,357,232 | 2,721,561 | 6,966,200 | 1,766,086 |
| Vehicles | 11,000 | 259,268 | 7,156 | 78,856 | 501,818 | 714,682 | 791,302 | 1,204,406 | 1,936,089 | 2,177,115 | 1,804,946 | 721,534 |
| Services | | | | | | | 100,281 | 101,071 | 160,136 | 88,223 | 417,157 | 81,008 |
| Software | | | | | | | | | 112,484 | 129,760 | 65,750 | 48,000 |
| Other | 15,000 | 101,760 | 44,420 | 29,288 | 190,961 | 338,937 | 219,712 | 240,455 | 478,663 | 257,246 | 133,532 | 58,295 |
| **Total Sales** | 406,000 | 1,171,570 | 67,476 | 117,878 | 1,751,456 | 3,134,487 | 2,640,952 | 3,361,142 | 6,044,604 | 5,373,904 | 9,387,586 | 2,674,922 |
| Product Costs | 185,241 | 550,015 | 37,019 | 84,387 | 869,742 | 1,287,722 | 1,016,990 | 1,304,065 | 1,933,797 | 2,289,683 | 2,570,093 | 734,590 |
| Service Costs | | | | | | | 64,849 | 69,689 | 85,602 | 74,115 | 148,002 | 64,367 |
| Freight and other Cost of Good Sold | | | | | | 25,177 | 188,598 | 197,616 | 221,314 | 371,216 | 863,424 | 247,179 |
| Total Cost of Goods Sold | 185,241 | 550,015 | 37,019 | 84,387 | 869,742 | 1,312,899 | 1,270,437 | 1,571,371 | 2,240,713 | 2,735,014 | 3,581,519 | 1,046,136 |
| **Gross Profit** | 220,759 | 621,555 | 30,457 | 33,491 | 881,714 | 1,821,588 | 1,370,515 | 1,789,771 | 3,803,891 | 2,638,891 | 5,806,068 | 1,628,787 |
| **Gross Margin** | 54% | 53% | 45% | 28% | 50% | 58% | 52% | 53% | 63% | 49% | 62% | 61% |
| **SG&A Expense:** | | | | | | | | | | | | |
| Product Development | | | | | | 32,614 | 268,869 | 377,275 | 876,664 | 728,434 | 909,147 | 273,395 |
| Business Development | | | | | | 33,829 | 230,050 | 248,681 | 415,648 | 350,696 | 417,113 | 101,381 |
| Sales | | | | | | 72,756 | 361,679 | 484,203 | 692,040 | 681,992 | 909,690 | 216,287 |
| Commissions | | | | | | 13,724 | 39,211 | 112,572 | 195,244 | 164,847 | 436,354 | 64,694 |
| Litigation | | | | | | - | - | - | 89,480 | 505,620 | 1,390,090 | 208,826 |
| Administration | | | | | | 126,418 | 494,518 | 615,039 | 712,821 | 711,321 | 992,440 | 315,691 |
| **Total SG&A Expense** | - | - | - | - | - | 279,341 | 1,394,327 | 1,837,769 | 2,981,898 | 3,142,909 | 5,054,834 | 1,180,275 |
| **Operating Income** | 220,759 | 621,555 | 30,457 | 33,491 | 881,714 | 1,542,247 | (23,812) | (47,998) | 821,993 | (504,019) | 751,234 | 448,512 |
| % of Sales | | | | | | | | | | | | |
| Intersection Units | 120 | 206 | 3 | 12 | 311 | 582 | 371 | 448 | 750 | 757 | 1807 | 454 |
| Vehicles Units | 5 | 165 | 8 | 36 | 269 | 389 | 332 | 485 | 760 | 1153 | 828 | 335 |

Notes:
(1) 2007 SG&A expense are post-3M carve out only from 7/1/2007 forward

Confidential Outside Attornevs' Eves Onlv



[illegible]

US Only

| Sum of Amount | | Year | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Data | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
| GPS Intersections | Sales/Unit | 3,167 | 3,935 | 5,300 | 811 | 3,404 | 3,575 | 4,123 | 4,052 | 4,476 | 3,595 | 3,855 | 3,890 |
| | Cost/Unit | 1,468 | 1,453 | 1,545 | 1,520 | 1,236 | 1,042 | 1,101 | 1,079 | 984 | 967 | 906 | 848 |
| | Margin/Unit | 1,698 | 2,481 | 3,755 | (709) | 2,168 | 2,533 | 3,022 | 2,973 | 3,492 | 2,628 | 2,949 | 3,042 |
| | Margin % | 54% | 63% | 71% | -87% | 64% | 71% | 73% | 73% | 78% | 73% | 76% | 78% |
| GPS Vehicles | Sales/Unit | 2,200 | 1,571 | 895 | 2,190 | 1,865 | 1,837 | 2,383 | 2,483 | 2,547 | 1,888 | 2,180 | 2,154 |
| | Cost/Unit | 1,471 | 1,427 | 574 | 1,668 | 1,379 | 1,299 | 1,444 | 1,368 | 1,243 | 1,158 | 1,001 | 914 |
| | Margin/Unit | 729 | 144 | 320 | 522 | 487 | 538 | 939 | 1,115 | 1,305 | 730 | 1,179 | 1,240 |
| | Margin % | 33% | 9% | 36% | 24% | 26% | 29% | 39% | 45% | 51% | 39% | 54% | 58% |

Confidential Outside Attorneys' Eyes Only

## GTT, LLC Transfer Pricing Analysis
## 2007 - 2013

**2007**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 22 | 84,526 | 59,168 | 22,163 | 25,358 | 37,005 |
| GPS Other | 5,538 | 14,493 | 10,145 | 7,402 | 4,348 | 2,743 |
| GPS Vehicles | - | 13,020 | 9,114 | 12,994 | 3,906 | (3,880) |
| Total | 5,560 | 112,039 | 78,427 | 42,560 | 33,612 | 35,868 |

*Note - data above is for January - December 2007, however, GTT LLC began operations in June, 2007*

**2008**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 61 | 235,673 | 164,638 | 34,637 | 71,035 | 130,002 |
| GPS Other | 9,194 | 34,952 | 26,054 | 19,681 | 8,898 | 6,374 |
| GPS Vehicles | 75 | 227,080 | 154,831 | 121,905 | 72,248 | 32,926 |
| Total | 9,330 | 497,705 | 345,524 | 176,223 | 152,181 | 169,301 |

**2009**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 205 | 731,953 | 489,650 | 203,852 | 242,303 | 285,798 |
| GPS Other | 34,802 | 85,148 | 61,638 | 63,411 | 23,510 | (1,773) |
| GPS Vehicles | 66 | 141,515 | 87,150 | 80,826 | 54,365 | 6,324 |
| Total | 35,073 | 958,616 | 638,438 | 348,088 | 320,179 | 290,349 |

**2010**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 33 | 80,166 | 105,619 | 31,731 | (25,453) | 73,888 |
| GPS Other | 6,810 | 25,785 | 37,008 | 14,599 | (11,223) | 22,408 |
| GPS Vehicles | 30 | 59,059 | 60,450 | 35,885 | (1,391) | 24,565 |
| Total | 6,873 | 165,009 | 203,077 | 82,214 | (38,067) | 120,862 |

**2011**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 53 | 200,367 | 192,687 | 49,349 | 7,680 | 143,338 |
| GPS Other | 12,923 | 32,905 | 30,539 | 19,996 | 2,366 | 10,543 |
| GPS Vehicles | 84 | 267,288 | 159,704 | 97,522 | 107,584 | 62,182 |
| Total | 13,060 | 500,560 | 382,929 | 166,867 | 117,631 | 216,063 |

**2012**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 151 | 527,225 | 430,275 | 133,825 | 96,950 | 296,449 |
| GPS Other | 38,474 | 27,100 | 26,540 | 24,098 | 560 | 2,442 |
| GPS Vehicles | 113 | 222,485 | 219,786 | 114,814 | 2,699 | 104,971 |
| Total | 38,738 | 776,809 | 676,600 | 272,738 | 100,209 | 403,862 |

**2013 YTD June**

| | Units | GTT, Canada Revenue | GTT, LLC Transfer Price Revenue | GTT, LLC Cost of Goods Sold | GTT Canada Gross Profit | GTT, LLC Gross Profit |
|---|---|---|---|---|---|---|
| GPS Intersections | 106 | 381,381 | 303,488 | 98,736 | 77,893 | 204,752 |
| GPS Other | 14,459 | 14,598 | 10,500 | 10,605 | 4,099 | (105) |
| GPS Vehicles | 203 | 409,516 | 333,190 | 183,286 | 76,326 | 149,904 |
| Total | 14,768 | 805,496 | 647,178 | 292,627 | 158,318 | 354,551 |

Allocation of "Other" Revenue & Gross Profit for Opticom™ GPS Product - US Only

| Sum of Amount | Column Labels | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2002 | 15,000 | | | | 15,000 |
| 2003 | 101,760 | | | | 101,760 |
| 2004 | 44,420 | | | | 44,420 |
| 2005 | 22,135 | 7,153 | | | 29,288 |
| 2006 | 190,961 | | | | 190,961 |
| 2007 | 337,422 | 540 | | 975 | 338,937 |
| 2008 | 199,109 | 8,505 | 12,098 | | 219,712 |
| 2009 | 218,476 | 6,465 | 13,950 | 1,565 | 240,455 |
| 2010 | 437,949 | 12,056 | 15,760 | 12,897 | 478,663 |
| 2011 | 201,621 | 7,950 | 6,760 | 40,915 | 257,246 |
| 2012 | 120,072 | 10,340 | 3,120 | | 133,532 |
| 2013 | 53,970 | 4,325 | | | 58,295 |
| **Grand Total** | **1,942,895** | **57,334** | **51,688** | **56,352** | **2,108,269** |

| Sum of GP | Column Labels | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2002 | 13,310 | | | | 13,310 |
| 2003 | 86,599 | | | | 86,599 |
| 2004 | 16,632 | | | | 16,632 |
| 2005 | 16,217 | 6,991 | | | 23,208 |
| 2006 | 76,333 | | | | 76,333 |
| 2007 | 161,924 | 349 | | 975 | 163,248 |
| 2008 | 82,944 | (4,230) | 11,894 | | 90,608 |
| 2009 | 95,038 | (27,217) | 13,744 | 1,565 | 83,130 |
| 2010 | 235,816 | (36,952) | 15,500 | 12,897 | 227,261 |
| 2011 | 49,581 | (62,056) | 6,645 | 40,915 | 35,085 |
| 2012 | 34,860 | (7,859) | 3,028 | | 30,029 |
| 2013 | 15,199 | (254) | | | 14,945 |
| **Grand Total** | **884,454** | **(131,228)** | **50,812** | **56,352** | **860,389** |


Allocation of "Other" Revenue & Gross Profit for Opticom™ GPS Product - Canada Only

| GTT Canada Revenue | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 16,011 | (1,518) | | | 14,493 |
| 2008 | 21,199 | 10,801 | 2,952 | | 34,952 |
| 2009 | 85,066 | 82 | | | 85,148 |
| 2010 | 27,657 | 242 | (4,687) | 2,572 | 25,785 |
| 2011 | 16,947 | 12,892 | 1,978 | 1,088 | 32,905 |
| 2012 | 26,230 | 1,810 | (940) | | 27,100 |
| 2013 | 14,251 | 347 | | | 14,598 |
| Grand Total | 207,361 | 24,657 | (698) | 3,660 | 234,980 |

| GTT LLC Transfer Price Revnue | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 11,207 | (1,063) | | | 10,145 |
| 2008 | 15,768 | 7,786 | 2,500 | | 26,054 |
| 2009 | 61,588 | 50 | | | 61,638 |
| 2010 | 34,629 | 179 | 2,200 | - | 37,008 |
| 2011 | 19,814 | 6,875 | 3,850 | - | 30,539 |
| 2012 | 22,773 | 1,018 | 2,750 | | 26,540 |
| 2013 | 10,280 | 220 | | | 10,500 |
| Grand Total | 176,058 | 15,065 | 11,300 | - | 202,423 |

| GTT LLC Cost of Goods Sold | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 6,493 | 909 | | | 7,402 |
| 2008 | 14,557 | 5,061 | 63 | | 19,681 |
| 2009 | 60,002 | 3,409 | | | 63,411 |
| 2010 | 12,613 | 1,955 | 31 | - | 14,599 |
| 2011 | 12,963 | 6,947 | 85 | - | 19,996 |
| 2012 | 20,600 | 3,498 | - | | 24,098 |
| 2013 | 10,458 | 147 | | | 10,605 |
| Grand Total | 137,687 | 21,926 | 179 | - | 159,792 |

| GTT Canada Gross Profit | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 4,803 | (455) | | | 4,348 |
| 2008 | 5,431 | 3,015 | 452 | | 8,898 |
| 2009 | 23,478 | 32 | | | 23,510 |
| 2010 | (6,971) | 64 | (6,887) | 2,572 | (11,223) |
| 2011 | (2,867) | 6,017 | (1,872) | 1,088 | 2,366 |
| 2012 | 3,457 | 793 | (3,690) | | 560 |
| 2013 | 3,972 | 127 | | | 4,099 |
| Grand Total | 31,303 | 9,592 | (11,998) | 3,660 | 32,557 |

| GTT LLC Gross Profit | | | | | |
|---|---|---|---|---|---|
| Row Labels | Intersection | Vehicle | Both | Repair | Grand Total |
| 2007 | 4,714 | (1,971) | | | 2,743 |
| 2008 | 1,211 | 2,725 | 2,438 | | 6,374 |
| 2009 | 1,586 | (3,359) | | | (1,773) |
| 2010 | 22,016 | (1,776) | 2,169 | - | 22,408 |
| 2011 | 6,850 | (72) | 3,765 | - | 10,543 |
| 2012 | 2,173 | (2,481) | 2,750 | | 2,442 |
| 2013 | (179) | 73 | | | (106) |
| Grand Total | 38,371 | (6,861) | 11,121 | - | 42,631 |

## Competitive Pricing Examples

UPDATED 8.24.2012

**Brookhaven, NY - Actual vs. Dealer List Price**

| Brookhaven vehicles | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 517 | 1,500 | 775,500 |
| Dealer List | 517 | 2,400 | 1,240,800 |
| Difference from Dealer List | | | 465,300 |

| Brookhaven intersections | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 490 | 1,722 | 843,961 |
| Dealer List | 490 | 4,657 | 2,282,123 |
| Difference from Dealer List | | | 1,438,162 |
| Total Difference from Dealer List | | | 1,903,462 |

**John's Creek, GA- Actual vs. Dealer List Price**

| Vehicles | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 8 | 1,200 | 9,600 |
| Dealer List | 8 | 2,400 | 19,200 |
| Difference from Dealer List | | | 9,600 |

| Intersections | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 10 | 2,475 | 24,750 |
| Dealer List | 10 | 4,680 | 46,800 |
| Difference from Dealer List | | | 22,050 |
| Total Difference from Dealer List | | | 31,650 |

**West Carrollton, OH- Actual vs. List Price**

| Vehicles | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 8 | 3,180 | 25,440 |
| List Price | 8 | 3,180 | 25,440 |
| Difference from List Price | | | - |

| Intersections | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 9 | 6,487 | 58,386 |
| List Price | 9 | 6,506 | 58,557 |
| Difference from List Price | | | 171 |

| Software & Installation Services | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 1 | 36,532 | 36,532 |
| List Price | 1 | 100,976 | 100,976 |
| Difference from List Price | | | 64,445 |
| Total Difference from List Price | | | 64,616 |

**Alameda County Transit, CA - Actual vs. Dealer List Price**

| Vehicles | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 40 | 2,375 | 95,000 |
| Dealer List | 40 | 2,400 | 96,000 |
| Difference from Dealer List | | | 1,000 |

| Intersections | Quantity | Selling Price | Extended Sales |
|---|---|---|---|
| Actual | 32 | 2,375 | 76,000 |
| Dealer List | 32 | 4,690 | 150,074 |
| Difference from Dealer List | | | 74,074 |
| Total Difference from Dealer List | | | 75,074 |

Confidential – Outside Attorneys' Eyes Only

Case No. 10-cv-4110

P# 89

**Opticom GPS Product Income Statement**
**US Only**

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 YTD June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | |
| Intersections | 380,000 | 810,542 | 15,900 | 9,734 | 1,058,677 | 2,080,869 | 1,529,657 | 1,815,209 | 3,357,232 | 2,721,561 | 6,966,200 | 1,766,086 |
| Vehicles | 11.000 | 259,268 | 7,156 | 78,856 | 501,818 | 714,682 | 791,302 | 1,204,406 | 1,936,089 | 2,177,115 | 1,804,946 | 721,534 |
| Services | | | | | | | 100,281 | 101,071 | 160,136 | 88,223 | 417,157 | 81,008 |
| Software | | | | | | | | | 112,484 | 129,760 | 65,750 | 48,000 |
| Other | 15,000 | 101,760 | 44,420 | 29,288 | 190,961 | 338,937 | 219,712 | 240,455 | 478,663 | 257,246 | 133,532 | 58,295 |
| **Total Sales** | 406,000 | 1,171,570 | 67,476 | 117,878 | 1,751,456 | 3,134,487 | 2,640,952 | 3,361,142 | 6,044,604 | 5,373,904 | 9,387,586 | 2,674,922 |
| Product Costs | 185,241 | 550,015 | 37,019 | 84,387 | 869,742 | 1,287,722 | 1,016,990 | 1,304,065 | 1,933,797 | 2,289,683 | 2,570,093 | 734,590 |
| Service Costs | | | | | | | 64,849 | 69,689 | 85,602 | 74,115 | 148,002 | 64,367 |
| Freight and other Cost of Good Sold | | | | | | 25,177 | 188,598 | 197,616 | 221,314 | 371,216 | 863,424 | 247,179 |
| Total Cost of Goods Sold | 185,241 | 550,015 | 37,019 | 84,387 | 869,742 | 1,312,899 | 1,270,437 | 1,571,371 | 2,240,713 | 2,735,014 | 3,581,519 | 1,046,136 |
| **Gross Profit** | 220,759 | 621,555 | 30,457 | 33,491 | 881,714 | 1,821,588 | 1,370,515 | 1,789,771 | 3,803,891 | 2,638,891 | 5,806,068 | 1,628,787 |
| **Gross Margin** | 54% | 53% | 45% | 28% | 50% | 58% | 52% | 53% | 63% | 49% | 62% | 61% |
| **SG&A Expense:** | | | | | | | | | | | | |
| Product Development | | | | | | 32,614 | 268,869 | 377,275 | 876,664 | 728,434 | 909,147 | 273,395 |
| Business Development | | | | | | 33,829 | 230,050 | 248,681 | 415,648 | 550,696 | 417,113 | 101,381 |
| Sales | | | | | | 72,756 | 361,679 | 484,203 | 692,040 | 681,992 | 909,690 | 216,287 |
| Commissions | | | | | | 13,724 | 39,211 | 112,572 | 195,244 | 164,847 | 436,354 | 64,694 |
| Litigation | | | | | | - | - | - | 89,480 | 505,620 | 1,390,090 | 208,826 |
| Administration | | | | | | 126,418 | 494,518 | 615,039 | 712,821 | 711,321 | 992,440 | 315,691 |
| **Total SG&A Expense** | - | - | - | - | - | 279,341 | 1,394,327 | 1,837,769 | 2,981,898 | 3,142,909 | 5,054,834 | 1,180,275 |
| **Operating Income** | 220,759 | 621,555 | 30,457 | 33,491 | 881,714 | 1,542,247 | (23,812) | (47,998) | 821,993 | (504,019) | 751,234 | 448,512 |
| % of Sales | | | | | | | | | | | | |
| Intersection Units | 120 | 206 | 3 | 12 | 311 | 582 | 371 | 448 | 750 | 757 | 1807 | 454 |
| Vehicles Units | 5 | 165 | 8 | 36 | 269 | 389 | 332 | 485 | 760 | 1153 | 828 | 335 |

Notes:
(1) 2007 SG&A expense are post-3M carve out only from 7/1/2007 forward

Confidential Outside Attorneys' Eyes Only



Confidential Outside Attorneys' Eyes Only

GTT00240926
PTX 89-0002

US Only

| Sum of Amount | | Year | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Data | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
| GPS Intersections | Sales/Unit | 3,167 | 3,935 | 5,300 | 811 | 3,404 | 3,575 | 4,123 | 4,052 | 4,476 | 3,595 | 3,855 | 3,890 |
| | Cost/Unit | 1,468 | 1,453 | 1,545 | 1,520 | 1,236 | 1,042 | 1,101 | 1,079 | 984 | 967 | 906 | 848 |
| | Margin/Unit | 1,698 | 2,481 | 3,755 | (709) | 2,168 | 2,533 | 3,022 | 2,973 | 3,492 | 2,628 | 2,949 | 3,042 |
| | Margin % | 54% | 63% | 71% | -87% | 64% | 71% | 73% | 73% | 78% | 73% | 76% | 78% |
| GPS Vehicles | Sales/Unit | 2,200 | 1,571 | 895 | 2,190 | 1,865 | 1,837 | 2,383 | 2,483 | 2,547 | 1,888 | 2,180 | 2,154 |
| | Cost/Unit | 1,471 | 1,427 | 574 | 1,668 | 1,379 | 1,299 | 1,444 | 1,368 | 1,243 | 1,158 | 1,001 | 914 |
| | Margin/Unit | 729 | 144 | 320 | 522 | 487 | 538 | 939 | 1,115 | 1,305 | 730 | 1,179 | 1,240 |
| | Margin % | 33% | 9% | 36% | 24% | 26% | 29% | 39% | 45% | 51% | 39% | 54% | 58% |

Confidential Outside Attorneys' Eyes Only