**EXHIBIT 4**



NUMBER 1

KM Enterprises, Inc.

This Corporation is Authorized to issue 1,000 Common Shares with no Par Value
INCORPORATED UNDER THE LAWS OF THE STATE OF ILLINOIS

This Certifies that _Rodney Kris Morgan_ is the registered holder of _One Thousand_ shares transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this _23rd_ day of _March_ A.D. 20_11_

_Kris Morgan_
PRESIDENT

_Kris Morgan_
SECRETARY

HUBCO, NEW YORK