# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GLOBAL TRAFFIC TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EMTRAC SYSTEMS, INC., KRISTOPHER MORGAN, ANDREW MORGAN, RODNEY K. MORGAN, and KM ENTERPRISES, INC., <br><br> Defendants. | Civil No. 10-4110 (ADM/JJG) <br><br> **PLACEHOLDER FOR DECLARATION OF BRAD CROSS AND EXHIBIT A THERETO** |
| KM ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL TRAFFIC TECHNOLOGIES, LLC, <br><br> Defendant. | |
| GLOBAL TRAFFIC TECHNOLOGIES, LLC <br><br> Plaintiff, <br><br> v. <br><br> STC, INC., <br><br> Defendant. | |

**Declaration of Brad Cross in Support of Defendant STC, Inc.'s Motion to Stay Execution of Judgment, and Waive or Modify Bond Requirement, Pending Appeal; and Exhibit A thereto.**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_\_ Item Under Seal pursuant to a court order* (Document number of protective order: 80 )

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1 (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).