# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GLOBAL TRAFFIC TECHNOLOGIES, LLC<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RODNEY K. MORGAN, STC, INC., and KM ENTERPRISES, INC.,<br>　　　　　　　Defendants. | Civ. No. 10-4110<br>(ADM-SER) |

## GTT'S MOTION TO PERMIT USE OF CASE MATERIALS IN OTHER LITIGATION

Pursuant to the Protective Order, Rule 26(c), and the Court's authority to manage this matter, Global Traffic Technologies, LLC ("GTT") hereby moves the Court for permission to allow GTT to publicly file, use, and disclose in the Northern District of California litigation, Civ. No. 14-4906, (1) the Expert Report of Dean Thomson, dated September 17, 2012; (2) Section II, pages 9-14 of KME's Brief in Opposition to GTT's Motion for Summary Judgment (Dkt. 174); and (3) KME's Brief in Opposition to GTT's Motion to Exclude Dean Thomson (Dkt. 163).

GTT's motion is based upon the Notice of Motion and Motion, the Brief in Support of GTT's Motion, the accompanying declaration and exhibits, and on the file, record, and proceedings herein.

Dated: December 23, 2014         **FAEGRE BAKER DANIELS LLP**

*s/ Chad Drown*
James Poradek (No. 290488)
james.poradek@faegrebd.com
Chad Drown (No. 319053)
chad.drown@faegrebd.com
Timothy E. Grimsrud (No. 34283X)
tim.grimsrud@faegrebd.com
Lauren J. Frank (No. 390222)
lauren.frank@faegrebd.com
Eva B. Stensvad (No. 392480)
eva.stensvad@faegrebd.com

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000

*Attorneys for Global Traffic Technologies, LLC*