

# Hovland & Rasmus, PLLC
*Attorneys at Law*

January 6, 2015

**VIA ECF ONLY**

The Honorable Steven E. Rau
U.S. Magistrate Judge
Warren E. Burger Federal Building
   and U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

> RE:   **Global Traffic Technologies v. Emtrac Systems, et al.**
>          **File No. 10-4110**

Dear Judge Rau:

After the phone conference yesterday, Ms. Yocom and I discussed the appearance for the hearing on Mr. Drown's motion. I did not have the date on my calendar and did not have input concerning the hearing date. I will be out of the state on another case this Thursday and Friday.

I would like to appear for our client on the motion and make the argument, but cannot attend the hearing scheduled for Friday, January 9 at 3:30 p.m. Based on the foregoing, I respectfully request that the hearing be rescheduled for the next available date on the Court's calendar.

Thank you for your consideration of this request.

Sincerely,

**HOVLAND & RASMUS, PLLC**

Dan Rasmus
Attorney at Law

---